PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

### Western District of Texas

## AMENDED
## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: GREGORY NATHANIEL JACKSON | Case Number: 7:09CR00302-001 |

Name of Sentencing Judicial Officer: Honorable Harry Lee Hudspeth, Senior U.S. District Judge

Date of Original Sentence: March 30, 2010

Original Offense: Possession with Intent to Distribute Five Grams or more of Cocaine Base in violation of 21 U. S. C. §§ 841(a)(1) and 841(b)(1)(B)

Original Sentence: 72 months imprisonment; 8 years supervised release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: November 10, 2021 |
| Assistant U.S. Attorney: Mr. Austin M. Berry | Defense Attorney: Mr. Dusty Gallivan |

## PREVIOUS COURT ACTION

On April 5, 2010, an Order Regarding Motion for Sentence Reduction was accepted, pursuant to 18 U.S.C. § 3582(c)(2), reducing the sentence of imprisonment from 72 months to 48 months.

On February 2, 2018, a form 12A (Report on Offender Under Supervision) was filed after the defendant was arrested for possession of a controlled substance PG1>=4G<200G, admitting to smoking marijuana and leaving the Southern District of Texas without permission from the court. No adverse action was taken, and Jackson was verbally admonished.

On October 9, 2019, the term of supervised release was revoked, and Jackson was sentenced to 21 months imprisonment followed by 5 years supervised release.

## PETITIONING THE COURT

☒ The continuance of warrant remains in effect.
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The defendant shall not commit another federal, state, or local crime. |

2.         The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

3.         The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

        On or about February 20, 2022, Gregory Nathaniel Jackson was arrested by the Odessa Police Department for Possession of a Controlled Substance PG1/1-B Less Than 1 gram (SJF). Police Officers were on patrol in an area known for heavy drug activity and observed conduct that appeared to be a drug transaction. A traffic stop was initiated, Officers identified the driver to be Jackson and he had a passenger by the name of Ricardo Earl Demario Austin, the owner of the vehicle. The Officer noticed that Jackson and Austin were acting nervous during the stop and smelled the odor of marijuana emitting from the vehicle. During a search of the vehicle, loose pieces of crack cocaine were discovered in both of the seats of the vehicle.

4.         The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

        On or about February 20, 2022, Gregory Nathaniel Jackson associated with Ricardo Earl Demario Austin, a person engaged in criminal activity. Such association is evidenced by Mr. Jackson's and Mr. Austin's arrest for the violations noted above.

5.         **The defendant shall not leave the judicial district without permission of the court or probation officer.**

        **On February 18, 2022, Mr. Jackson moved out of his residence at the request of his wife. Mr. Jackson was instructed to contact this officer when he established his new residence. He was also told if he was wanting to move back to the Odessa area, he would need to notify this officer prior to his move. On February 20, 2022, Mr. Jackson was arrested in Odessa, Texas, for the offense of possession of a controlled substance. He did not have permission, nor did he ask for permission to leave the Southern District of Texas.**

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum penalty: __60__ months imprisonment; __Lifetime__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *Keith Thompson* (signature) | *Reys J. Cruz* (signature) |
| Keith Thompson | Reys J. Cruz |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Telephone: (432) 685-0314 | Telephone: (432) 685-0329 |
| | Date:   September 28, 2022 |
| | Midland/Odessa Division |

/rjc

cc: Brandi Young, AUSA
   Javier Ceniceros, ADCUSPO

---

THE COURT ORDERS:

☐ No action.
☐ The issuance of a warrant.
☐ The issuance of a summons.
☒ Other  The continuance of warrant remains in effect.

_____
*David Counts* (signature)

Honorable David Counts
U.S. District Judge

September 28, 2022
Date